No. 01–7183. CORPUS v. MUNICIPAL CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7184. WILCOX v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–7186. JACKSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–7189. LUTCHER v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 01–7192. JACOBS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7198. GUZMAN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–7204. BENNINGS v. CONNECTICUT DEPARTMENT OF CORRECTIONS ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–7205. HONGO v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–7206. HENTZ v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–7209. SEVIER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7211. ORBE v. TAYLOR, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 01–7215. DUARTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7216. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7217. CASTANEDA-GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7218. MALCOM v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.